Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Craig G. Cote, Esq. (State Bar No. 132885)
**MANNING LAW, APC**
20062 S.W. Birch Street, Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff: JAMES RUTHERFORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NOE J. MARTINEZ, an individual; IRMA MARTINEZ, an individual; MELINDA ROSENZWEIG, an individual and DOES 1-10, inclusive<br><br>Defendants. | CASE No.: 8:19-cv-01470-DOC-JDE<br><br>**Plaintiff's Application for Default Judgment by Court as to Defendants NOE J. MARTINEZ, an individual; IRMA MARTINEZ, an individual; and MELINDA ROSENZWEIG, an individual**<br><br>Hon. David O. Carter<br><br>Date: November 4, 2019<br>Time: 8:30 a.m.<br>Ctrm: 9D |

To Defendants NOE J. MARTINEZ, an individual, IRMA MARTINEX, an individual; MELINDA ROSENZWEIG, an individual, and their attorneys of record, if any: Please take notice that on November 4, 2019 at 8:30 a.m. or as soon thereafter as this matter may be heard by this Court located at 411 West Fourth Street, Courtroom 9D, Santa Ana, California 92701, Plaintiff JAMES RUTHERFORD will present his application for default judgment against Defendant NOE J. MARTINEZ, IRMA MARTINEX, and MELINDA ROSENZWEIG. The Clerk has previously entered the

PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT

default on Defendants NOE J. MARTINEZ, an individual, IRMA MARTINEX, an individual, and MELINDA ROSENZWEIG, an individual on September 17, 2019.

At the time and place of the hearing, Plaintiff will present proof of the following matters; (1) Defendants are neither a minor nor incompetent persons nor in military service or otherwise exempted under the Soldier and Sailor's Relief Act of 1940; (2) Defendants have not appeared in this action; and (3) Plaintiff is entitled to judgment against Defendants on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, including violations of the 2010 ADAAG Sections 302, 502.6, 406.3, and 406.5, and the Unruh Civil Rights Act.

Plaintiff seeks a judgment in the amount of $8,000 in statutory damages and $4,269.00 in attorney fees and costs as set forth in the attached declaration of Joseph R. Manning, Jr. and an Order directing Defendants to remediate and provide accessibility features that comport with the 2010 ADAAG for the property located at 801 W. 19th Street, Costa Mesa, CA 92627.  This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this original application for default judgment by court was served on Defendants NOE J. MARTINEZ, an individual, IRMA MARTINEX, an individual, and MELINDA ROSENZWEIG, an individual, on October 3, 2019, by first class United States Mail, postage prepaid.

Dated: October 3, 2019            **MANNING LAW, APC**

By: /s/ *Joseph R. Manning Jr.*
Joseph R. Manning Jr., Esq.
Attorneys for Plaintiff