Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Craig G. Cote, Esq. (State Bar No. 132885)
**MANNING LAW, APC**
20062 S.W. Birch Street, Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff: JAMES RUTHERFORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NOE J. MARTINEZ, an individual; IRMA MARTINEZ, an individual; MELINDA ROSENZWEIG, an individual; and DOES 1-10, inclusive<br><br>Defendants. | **CASE No.: 8:19-cv-01470-DOC-JDE**<br><br>**Index of Exhibits in Support of Plaintiff's Application for Default Judgement** |

DEFAULT JUDGMENT EXHIBITS

**TABLE OF EXHIBITS**

Exhibit 1……………..…………….Declaration of Attorney Joseph R. Manning, Jr.

Exhibit 2……………………………..……………Declaration of James Rutherford

Exhibit 3……………………………………………………………….…………Photos

Exhibit 4……………………………………………………..….……Public Records

Exhibit 5…………………………………………………………......Billing Statement