Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Craig G. Cote, Esq. (State Bar No. 132885)
**MANNING LAW, APC**
20062 S.W. Birch Street, Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff JAMES RUTHERFORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NOE J. MARTINEZ, an individual, IRMA MARTINEX, an individual; MELINDA ROSENZWEIG, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE No.: 8:19-cv-01470-DOC-JD<br><br>**Declaration of Joseph R. Manning Jr. in Support of Plaintiff's Application for Default Judgment by Court** |

I, Joseph R. Manning, Jr., declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am the principal attorney at Manning Law, APC, attorneys of record for Plaintiff James Rutherford ("Plaintiff"), and, in that capacity, I am familiar with this matter. Based on my own experience and knowledge, I can testify to the following.

2. Plaintiff requested Entry of Default against Defendants NOE J. MARTINEZ, IRMA MARTINEX, and MELINDA ROSENZWEIG based on the Complaint on September 16, 2019.  The clerk has entered Default as to NOE J.

---

DECLARATION OF JOSEPH R. MANNING, JR.

1  MARTINEZ, IRMA MARTINEX, and MELINDA ROSENZWEIG on September 17,
2  2019.
3      3.    We conducted a public records search in order to ascertain the owners of
4  the business and property that are the subject of this litigation, and true and correct
5  copies of which are attached as Exhibit 4.
6      4.    Based on our search and the records located, our office determined, to the
7  best of our knowledge, that Defendants NOE J. MARTINEZ and IRMA MARTINEX
8  own and control the business, Alejandros Mexican Food, located at 801 W. 19th Street,
9  Costa Mesa, CA 92627 that is the subject of this lawsuit on the date complained of by
10  the Plaintiff.
11      5.    Based on our search and the records located, our office determined, to
12  the best of our knowledge, that MELINDA ROSENZWEIG owns and controls the
13  real property located at or about 801 W. 19th Street, Costa Mesa, CA 92627 that is the
14  subject of this lawsuit on the date complained of by the Plaintiff.
15      6.    Defendants NOE J. MARTINEZ, IRMA MARTINEX, and MELINDA
16  ROSENZWEIG are not infants or incompetent persons, and are not persons in
17  military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief
18  Act of 1940.
19      7.    Notice of this Application for Default of Judgment by court was served
20  on Defendant on October 3, 2019, by first class United States Mail, postage prepaid.
21      8.    My firm and I have expended time and incurred costs in preparing this
22  case. I have done the following: (1) discussed the case with the client and developed
23  intake notes; (2) conducted a preliminary site inspection of the real property to comply
24  with Rule 11 obligations; (3) conducted research of public records to determine the
25  identities of the business owner and the owner of the real property; (4) drafted the
26  Complaint; (5) reviewed and executed the Request for Entry of Default; (6) and
27  drafted the application for default judgment and my supporting declaration.
28

9. I have been in practice since 2002. My billing rate for ADA related work is $425.00, which is a fair rate for attorneys with similar experience and expertise in this nuanced area of law. My associate attorney's hourly rate of $350 is based on average attorneys' fees charged in the general geographic area with similar experience.

10. I spent a total of 3.25 hours of time at $450/hour and my associate attorneys spent 6.05 hours at $375/hour, which totals $3,731.00 in attorney fees, and paid $538.00 in filing fees and service costs, for a total of $4,269.00 in attorneys' fees and costs. A Billing Statement is attached as Exhibit 5.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Dated: October 3, 2019   **MANNING LAW, APC**

By: /s/ *Joseph R. Manning Jr.*
Joseph R. Manning Jr., Esq.
Attorneys for Plaintiff

DECLARATION OF JOSEPH R. MANNING, JR.