# EXHIBIT 3

















